SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile: (916) 554-2900
5

**FILED**

MAR 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

                    2:13-MJ-0·077 AC

11 | UNITED STATES OF AMERICA,        )  CASE NO.
                                      )
12 |              Plaintiff,           )
                                      )  [PROPOSED] SEALING ORDER
13 |      v.                          )
                                      )
14 | SILVERIO RAYMUNDO IZEHAUTL-      )
     SARMIENTO,                       )
15 |                                   )
                                      )
16 |              Defendant.           )
                                      )
17

18      Upon application of the United States of America and good cause having been shown,

19      IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not

20 be disclosed to any person unless otherwise ordered by this Court.

21

22 Dated: March 11, 2013

                                      _____
                                      ALLISON CLAIRE
23                                    United States Magistrate Judge