JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SILVERIO RAYMUNDO IZEHAUTL-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SILVERIO RAYMUNDO IZEHAUTL-SARMIENTO,<br><br>Defendant. | No. 2:13-cr-094 GEB<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Nirav Desai, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant SILVERIO RAYMUNDO IZEHAUTL-SARMIENTO, that the above matter be dropped from this court's calendar for April 26, 2013, at the request of the defense and be continued until June 21, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation. The request also accounts for the anticipated change of counsel (requested by a contemporaneously filed motion for substitution of counsel) due to the impending retirement of current defense counsel.

**IT IS FURTHER STIPULATED** that the time from April 26, 2013, through June 21, 2013, be excluded from computation of time within

which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4. (Defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date: April 24, 2013                    Benjamin B. Wagner
                                        United States Attorney

                                        /S/ Nirav Desai
                                        By:  Nirav Desai
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

Date: April 24, 2013                    /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SILVERIO RAYMUNDO IZEHAUTL-SARMIENTO

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 26, 2013, and is ordered to be re-calendared for June 21, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 26, 2013, through June 21, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

**Dated:  April 24, 2013**

_____
**GARLAND E. BURRELL, JR.**
**Senior United States District Judge**

Stip & Order Continuing Case
and Excluding Time                      2