DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SILVERIO IZEHUATL-SARMIENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SILVERIO IZEHUATL-SARMIENTO,<br>          Defendant<br>_____ | No. 13-0094 GEB<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  August 16, 2013<br>Time:  9:00 a.m.<br>Judge: Honorable Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney NIRAV DESAI, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SILVERIO IZEHUATL-SARMIENTO; that the status conference scheduled for August 2, 2013, be vacated and the matter be continued to this Court's criminal calendar on August 16, 2013, at 9:00 a.m, for further status/possible change of plea.

This continuance is requested by the defense in order to permit client consultation, review of discovery, and review of a recently proposed plea agreement.  Mr. Izehuatl-Sarmiento is housed in Nevada City and Counsel needs time to have a certified Spanish interpreter go to Nevada City to read the plea agreement to Mr. Izehuatl-Sarmiento.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 16, 2013 date, and that Mr. Desai has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: July 25, 2013          /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              Silverio Izehautl-Sarmiento


Dated: July 25, 2013          /S/ Nirav Desai
                              NIRAV DESAI
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS FOUND AND SO ORDERED.**

Dated: July 31, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge