BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>SILVERIO RAYMUNDO IZEHUATL-SARMIENTO,<br>   aka Silverio Izehuatl,<br><br>            Defendant. | 2:13-CR-00094-GEB<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Silverio Raymundo Izehuatl-Sarmiento it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1028(b)(5), defendant Silverio Raymundo Izehuatl-Sarmiento's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a)   Kingston Technology Micro SD Card (1);
    (b)   HP Computer Tower, model no. RR543AA#ABM, serial no. MXX6440CZK (1);
    (c)   ASC 365 International Ltd. Blue Laminator (1);
    (d)   Zebra Card Printer, model no. P330i, serial no. P330011711(1);
    (e)   Ranar Light Exposure, model no. CBX2024 Exposure Unit, serial no. 19494(1);
    (f)   Card Press, serial no. 080810424 (1);
    (g)   Canon Scanner, model no. Canoscan 4200F, serial no. UZQ021785 (1);

1

  (h) X-Acto Paper Cutter (1);
  (i) Silk Screen Plates (20);
  (j) Dell Laptop Computers, serial no. 8PSY7K1, and serial no. HQT7B71 (2);
  (k) Miscellaneous document-making supplies (i.e. card stock, laminate, heat tool, UV light, card reader, silk screens and tools, paints, gloves) (7);
  (l) ACS 365 Microcomputer Controller (1);
  (m) Zebra Printer, model no. P310i, serial no. P310007453 (1);
  (n) Zebra Printer, model no. P330i, serial no. P3300113927 (1);
  (o) Cassette Foiler (1);
  (p) HP LaserJet Printer, model no. P1102W, serial no. VNB4303301 (1);
  (q) HP Printer, model no. D4360, serial no. TH8BC1388J (1);
  (r) Card Press (1);
  (s) Epson Workforce 40 Printer, model no. B422A, serial no. KX8Y013273 (1);
  (t) Epson Perfection Scanner, model no. V500 Photo, serial no. K5ZW215376 (1);
  (u) Miscellaneous digital media (i.e. six thumb-drives, one memory card) (7);
  (v) Epson Stylus Pro Printer, model no. K122A, serial no. J27E006435 (1);
  (w) Verizon LG cellular phone (red), model no. VN271PP, serial no. 211KPXV0609330 (1);
  (x) Verizon Samsung cellular phone, model no. SCH-U460 (1);
  (y) Sanyo cellular phone (white), model no. Katana (1)
  (z) Sanyo cellular phone (black), model no. Katana LX (1);
  (aa) Verizon LG cellular phone (silver), model no. VX5600PP, serial no. 003CYGW0162527 (1);
  (bb) Konica Minolta Magic Color Printer, model no. 2430DL, serial no. 8361015090 (1);
  (cc) Silk Screen Press (1);
  (dd) Miscellaneous documents (1);
  (ee) Garmin Global Positioning Satellite (GPS) unit, model no. Nuvi 265W, serial no. IR2293649 (1);
  (ff) Canon Powershot Digital Elph Camera, serial no. SD780IS (1); and
  (gg) $5,039.00 in United States currency.

2. The above listed assets are property constituting or derived from proceeds obtained directly or indirectly as a result of, or constitute personal property used or intended to be used to commit, a violation of 18 U.S.C. §§ 1028(a)(1), 1028(f) and 1028(a)(5).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. §§ 982(b)(1) and 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may

also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1028(b)(5), in which all interests will be addressed.

  SO ORDERED.

Dated: August 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge