UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SILVERIO RAYMUNDO IZEHAUTL-SARMIENTO,<br><br>        Defendant. | No. 2:13-cr-00094-GEB<br><br>**ORDER** |

Since the November 1, 2013 sentence imposed on Defendant Silverio Raymond Izehuatl-Sarmiento does not explicitly state he was sentenced on both indicted counts 1 and 4 (even though he was ordered to pay a special assessment of $200.00), this order issues under Federal Rule of Criminal Procedure 35(a) for the purpose of clarifying the Defendant's sentence. Defendant's sentence consists of 15 months on Count 1 and 15 months on Count 4 to run concurrently to each other for a total term of imprisonment of 15 months.

Dated: November 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1