BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>SILVERIO RAYMUNDO IZEHUATL-SARMIENTO,<br>  aka Silverio Izehuatl,<br><br>      Defendant. | 2:13-CR-00094-GEB<br><br><br>ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |

The Preliminary Order of Forfeiture entered August 28, 2013, is hereby made final as to defendant Silverio Raymundo Izehuatl-Sarmiento and shall be incorporated into the Judgment in a Criminal Case filed November 14, 2013.

SO ORDERED.
Dated:  November 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

Order to Incorporate Preliminary
Order of Forfeiture into Judgment