BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SILVERIO RAYMUNDO IZEHUATL-SARMIENTO,<br>  aka Silverio Izehuatl,<br><br>    Defendant. | 2:13-CR-00094-GEB<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 28, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1028(b)(5), based upon the plea agreement entered into between plaintiff and defendant Silverio Raymundo Izehuatl-Sarmiento forfeiting to the United States the following property:

 (a) Kingston Technology Micro SD Card (1);
 (b) HP Computer Tower, model no. RR543AA#ABM, serial no. MXX6440CZK (1);
 (c) ASC 365 International Ltd. Blue Laminator (1);
 (d) Zebra Card Printer, model no. P330i, serial no. P330011711(1);
 (e) Ranar Light Exposure, model no. CBX2024 Exposure Unit, serial no. 19494(1);
 (f) Card Press, serial no. 080810424 (1);
 (g) Canon Scanner, model no. Canoscan 4200F, serial no. UZQ021785 (1);
 (h) X-Acto Paper Cutter (1);
 (i) Silk Screen Plates (20);
 (j) Dell Laptop Computers, serial no. 8PSY7K1, and serial no. HQT7B71 (2);
 (k) Miscellaneous document-making supplies (i.e. card stock, laminate, heat

|     |                                                                                                                    |
| --- | ------------------------------------------------------------------------------------------------------------------ |
|     | tool, UV light, card reader, silk screens and tools, paints, gloves) (7);                                          |
| (l) | ACS 365 Microcomputer Controller (1);                                                                              |
| (m) | Zebra Printer, model no. P310i, serial no. P310007453 (1);                                                         |
| (n) | Zebra Printer, model no. P330i, serial no. P3300113927 (1);                                                        |
| (o) | Cassette Foiler (1);                                                                                               |
| (p) | HP LaserJet Printer, model no. P1102W, serial no. VNB4303301 (1);                                                  |
| (q) | HP Printer, model no. D4360, serial no. TH8BC1388J (1);                                                            |
| (r) | Card Press (1);                                                                                                    |
| (s) | Epson Workforce 40 Printer, model no. B422A, serial no. KX8Y013273 (1);                                            |
| (t) | Epson Perfection Scanner, model no. V500 Photo, serial no. K5ZW215376 (1);                                         |
| (u) | Miscellaneous digital media (i.e. six thumb-drives, one memory card) (7);                                          |
| (v) | Epson Stylus Pro Printer, model no. K122A, serial no. J27E006435 (1);                                              |
| (w) | Verizon LG cellular phone (red), model no. VN271PP, serial no. 211KPXV0609330 (1);                                 |
| (x) | Verizon Samsung cellular phone, model no. SCH-U460 (1);                                                            |
| (y) | Sanyo cellular phone (white), model no. Katana (1)                                                                 |
| (z) | Sanyo cellular phone (black), model no. Katana LX (1);                                                             |
| (aa)| Verizon LG cellular phone (silver), model no. VX5600PP, serial no. 003CYGW0162527 (1);                             |
| (bb)| Konica Minolta Magic Color Printer, model no. 2430DL, serial no. 8361015090 (1);                                   |
| (cc)| Silk Screen Press (1);                                                                                             |
| (dd)| Miscellaneous documents (1);                                                                                       |
| (ee)| Garmin Global Positioning Satellite (GPS) unit, model no. Nuvi 265W, serial no. IR2293649 (1);                     |
| (ff)| Canon Powershot Digital Elph Camera, serial no. SD780IS (1); and                                                   |
| (gg)| $5,039.00 in United States currency.                                                                               |

AND WHEREAS, beginning on September 1, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1028(b)(5), to be disposed of according to law, including all

right, title, and interest of Silverio Raymundo Izehuatl-Sarmiento.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: December 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge